[No. 53991-4-I.  Division One.  April 18, 2005.]

GARY W. HARMON, *Appellant*, v. JAN BENNETT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-29292-5, Julie Spector, J., entered February 24, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53996-5-I.  Division One.  April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY A. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09274-2, Cheryl B. Carey, J., entered February 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54042-4-I.  Division One.  April 18, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. LOUIS RAYMOND YAW, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00907-0, Anita L. Farris, J., entered March 19, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54131-5-I.  Division One.  April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WILLIAM DAVENPORT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04754-8, Harry J. McCarthy, J., entered March 18, 2004. *Affirmed* by unpublished per curiam opinion.